CITY BANK FARMERS TRUST COMPANY, as Trustee, Respondent, *v.* LAFAYETTE HOLDING CORPORATION et al., Defendants, and WILLIAM E. HAWKINS, Appellant.

Argued November 27, 1940; decided December 31, 1940.

*Lloyd B. Kanter, Thomas F. Kiely* and *Joseph Fine* for appellant.

*Gerard I. Walters* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.